Tom R. Grimmett, Trustee
2275 Corporate Circle, Suite 120
Henderson, Nevada 89074
Phone: (702) 740-4152
Fax: (702) 795-4479

RECEIVED
AND ...
May 26  12 57 PM '10

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

In re: )   Case No. 01-16649 LBR
) In Proceedings Under Chapter 7
LEVITZ PLAZA LLC )
) NOTICE OF UNCLAIMED FUNDS
Debtor(s). )
)

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 7 | Galam Enterprises<br>C/O VICTORIA L. NELSON, ESQ.<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, JOHNSON & THOMPSON<br>400 S. FOURTH STREET, 3RD FLOOR<br>LAS VEGAS, NV 89101 | | $ 6,641.05 |
| 9 | DAVID LEE<br>C/O SHELLY T O'NEILL<br>DEMETRAS & O'NEILL<br>232 COURT STREET<br>RENO NV 89501 | | $ 4,606.81 |
| TOTAL | | | $11,067.86 |

DATE: 5/22/2010

_____
TOM R. GRIMMETT, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

# 195876    $ 11067.86